United States Court of Appeals
Fifth Circuit

**F I L E D**

**October 25, 2006**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 05-30787
Conference Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

SARAH DARLENE SONNIER,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 2:03-CR-20062-1
--------------------

Before JOLLY, DeMOSS, and STEWART, Circuit Judges.

PER CURIAM:[*]

Sarah Darlene Sonnier, federal prisoner # 11903-035, pleaded guilty to interstate travel in aid of unlawful activity and was sentenced to 57 months of imprisonment and two years of supervised release. She appeals the district court's denial of the 28 U.S.C. § 2255 motion challenging her sentence. The district court granted a certificate of appealability. Sonnier argues that her sentence was imposed in violation of United States v. Booker, 543 U.S. 220 (2005), and that Booker applies retroactively on collateral review. Sonnier concedes that her

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

argument is foreclosed by circuit precedent, but raises it to preserve further review. In <u>United States v. Gentry</u>, 432 F.3d 600, 604 (5th Cir. 2005), we held that <u>Booker</u> is not retroactively applicable to initial § 2255 motions.

AFFIRMED.